LAED -247-1stSA (3/15/19)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>VERSUS<br>NATHANIEL JACKSON, III | *<br><br>* | CRIMINAL DOCKET<br>CASE NO. 09-CR-125 A<br>USM NO. 31043-034 |

Date of Previous Judgment: 02/22/2010　　　　　Defendant's Attorney: GARY SCHWABE

### ORDER FOR SENTENCE REDUCTION
### PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court for a reduction in the term of imprisonment imposed based on the modification of statutory penalties by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time the defendant's offense was committed:  Having considered such motion, and taking into account Section 404 of the First Step Act of 2018, to the extent it is applicable, and the sentencing factors from Title 18 USC 3553(a),

**IT IS ORDERED** that the motion is:
　☐ GRANTED and the defendant's previously imposed sentence of imprisonment of
　　_____ **as to count(s)** _____ **is reduced to** _____.
　☐ DEFERRED pending supplemental briefing and/or a hearing.
　☒ DENIED after complete review of the motion on the merits.

The defendant's total term of imprisonment as to all count(s) is _____.

The defendant's term of supervised release**:**
　☒ REMAINS as previously ordered.
　☐ is REDUCED to _____.

**COURT DETERMINATIONS OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018**

| | |
|---|---|
| Prior Statutory Minimum: 240 Months | Amended Statutory Minimum: 120 Months |
| Prior Guideline Range: 240-262 Months Restricted | Amended Guideline Range: 135-168 Months |
| Prior Sentence: 240 Months | Amended Sentence: N/A |
| Prior Supervised Release: 10 Years | Amended Supervised Release: 10 Years |

　Comments (if applicable):
　See attached Order and Reasons.

Except as provided above, all provisions of the judgment dated  02/22/2010  shall remain in effect. The reduced sentence shall be effective **10 days** following the date of this order indicated below.

**IT IS SO ORDERED.**

01/16/2020　　　　　　　　　　　　　　　　　/s/ Jay C. Zainey
ORDER DATE　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE