UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-125 |
| NATHANIEL JACKSON, III, DESTINY C. ROUTE, KALIC K. JACKSON, NATHANIEL JACKSON, JR., KENDRICK D. CHATMAN, JR., AND KENNETH D. DAVIDSON | SECTION "A" |

**NOTICE OF RULE TO REVOKE SUPERVISED RELEASE**
**(as to Nathaniel Jackson, III only)**

Take notice that this criminal matter is reset for a Rule to Revoke Supervised Release on **February 24, 2026, at 10:30 a.m.**, before District Judge Jay C. Zainey, Courtroom C467, 500 Poydras St., New Orleans, LA.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: November 18, 2025                                CAROL L. MICHEL, CLERK
                                                       By: Jennifer Limjuco, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ NATHANIEL JACKSON, III (BOND)    ✓ AUSA: MARY KATHERINE KAUFMAN
   Annalisa Miron, Asst. F.P.D.
   annalisa_miron@fd.org            ✓ U.S. Marshal

                                    ✓ U.S. Probation Office

                                    ✓ U.S. Probation Office - Pretrial Services Unit

                                    ✓ JUDGE

                                    ✓ MAGISTRATE JUDGE

**If you change address,**           ✓ INTERPRETER – N/A
**notify clerk of court**
**by phone, (504) 589-7687**          FBI – Eric Davis